## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              Case No. 4:22-cr-00301-01 KGB

ANTHONY ROGERS                                              DEFENDANT

### <u>ORDER</u>

The Court held a motion hearing on June 17, 2026 (Dkt. No. 983).  For the reasons stated on the record, and on the Court's own motion, defendant Anthony Rogers should undergo an examination as to competency to stand trial pursuant to 18 U.S.C. §§ 4241 and 4242.  Counsel for the government and counsel for Rogers do not oppose the motion.  For good cause shown, the Court orders Rogers to undergo an examination to determine Rogers's competency to stand trial and his condition at the time of the alleged offense.

Accordingly, Rogers is committed to the custody of the United States Marshals Service to await designation of a Bureau of Prisons facility where the psychiatric or psychological examination will be performed.  The United States Marshals Service for the Eastern District of Arkansas is directed to notify the Court immediately upon receipt of Rogers's facility designation. The Court will schedule a competency hearing by separate order.  The delay resulting from the proceedings to determine Rogers's competency is excludable under the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)(1)(A).

It is so ordered this 22nd day of June, 2026.

Kristine G. Baker
Chief United States District Judge