**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 4:22-cr-00301-01 KGB**

**ANTHONY ROGERS** **DEFENDANT**

# ORDER

On September 29, 2026, the psychiatric report of defendant Anthony Rogers was filed under seal (Dkt. No. 1013). Copies of the report were provided to counsel for the United States and counsel for Rogers. In this Court's Order of October 19, 2026, counsel were directed to file a motion for hearing regarding any issues in the report or to file a motion in opposition to the report within 14 days from receipt of the report (Dkt. No. 1018). No opposition to the psychiatric report has been filed, and no hearing regarding the report has been requested by either party. Therefore, the conclusions stated in the report prepared pursuant to 18 U.S.C. § 4241 regarding Rogers's competency to stand trial are adopted as the conclusions and findings of the Court.

It is so ordered this 3rd day of November, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge